```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  KARI L. RICCI
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2810
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    Mag. No. 08-058 KJM
                                 )
12           Plaintiff,          )    Stipulation and Order to
                                 )    Continue Trial
13      v.                       )
                                 )    Date:  March 10, 2008
14  JUSTIN J. ORTMAYER,          )    Time:  10:00 a.m.
                                 )    Judge: Hon. Kimberly J. Mueller
15           Defendant.          )
                                 )
16  _____)
```

17       It is hereby stipulated and agreed between the United States
18  and the defendant, Justin J. Ortmayer, by and through his
19  undersigned counsel, that the defendant's court trial be continued
20  from March 10, 2008, at 10:00 a.m. to April 21, 2008, at
21  10:00 a.m.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1    The reason for the continuance is that the defendant needs
2 additional time to review discovery in this matter with his
3 counsel.

4 DATED: March 4, 2008                    Respectfully submitted,

5                                         McGREGOR W. SCOTT
                                          United States Attorney
6

7                               By:  /s/Matthew C. Stegman
                                     MATTHEW C. STEGMAN
8                                    Assistant U.S. Attorney

9

10 DATED: March 4, 2008                   DANIEL J. BRODERICK
                                          Federal Defender
11

12                              By:  /s/Ben Galloway
                                     BEN GALLOWAY
13                                   Staff Attorney
                                     Office of the Federal Defender
14                                   Attorney for Defendant

15

16

17                              O R D E R

18 IT IS SO ORDERED:

19 DATED: March 6, 2008.

                                          _____
                                          U.S. MAGISTRATE JUDGE