MCGREGOR W. SCOTT
United States Attorney
S. Robert Tice-Raskin
Assistant U.S. Attorney
ANTHONY D. STORM
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 08-058 KJM |
| ) | |
| Plaintiff, ) | GOVERNMENT'S PETITION FOR |
| ) | PROBATION REVOCATION AND ORDER |
| v. ) | |
| ) | DATE: October 30, 2008 |
| JUSTIN J. ORTMAYER, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Kimberly J. Mueller |
| Defendant. ) | |
| ) | |

On May 1, 2008, the defendant pled guilty, pursuant to a plea agreement, to an Information charging him with Driving When Privilege Suspended and Revoked for Failure to Appear, in violation of Title 18, United States Code, Section 13 and California Vehicle Code Section 14601.1(a).  The defendant was given the following sentence by United States Magistrate Judge Kimberly J. Mueller:
The defendant shall serve a one-year term of court probation, to terminate upon fulfillment of the following conditions:

    1.    The defendant shall pay a $400.00 fine, due
           immediately;

///

|    |     |                                                                    |
|----|-----|--------------------------------------------------------------------|
| 1  | 2.  | The defendant shall pay a $10.00 special assessment,               |
| 2  |     | due immediately;                                                   |
| 3  | 3.  | The defendant shall be committed to the custody of the             |
| 4  |     | Bureau of Prisons for five (5) days commencing on or               |
| 5  |     | before June 14, 2008.  The Court recommended that time             |
| 6  |     | be served on weekends and close to Yuba City;                      |
| 7  | 4.  | The defendant shall not commit another federal, state,             |
| 8  |     | or local crime;                                                    |
| 9  | 5.  | The defendant shall notify the U.S. Attorney's Office              |
| 10 |     | within seventy-two hours of being arrested; and                    |
| 11 | 6.  | The defendant shall notify the U.S. Attorney's Office              |
| 12 |     | ten days prior to any change in residence.                         |

13  The United States alleges that the defendant has violated these
14 conditions as follows:

15   1.   The defendant has failed to remit any payment of the
16        $400.00 fine; and
17   2.   The defendant has failed to remit any payment of the
18        $10.00 special assessment.

19   The United States therefore petitions the Court to place this
20 matter on its calendar for 10:00 a.m. on October 30, 2008, to allow
21 the defendant to show cause why the probation granted on May 1, 2008,
22 should not be revoked.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    All of the above was related to me by Anthony Storm.

2    I declare under penalty of perjury that the foregoing is true
3    and correct to the best of my knowledge.

4    DATED: October 6, 2008                    Respectfully submitted,

5                                              MCGREGOR W. SCOTT
                                               United States Attorney
6

7                                        By:   /s/ S. Robert Tice-Raskin
                                               S. Robert Tice-Raskin
8                                              Assistant U.S. Attorney

9

10                                 ORDER

11    It is Hereby Ordered that the defendant appear on October 30,
12   2008, at 10:00 a.m., to show cause why the probation granted on
13   May 1, 2008, should not be revoked.

14   IT IS SO FOUND AND ORDERED.

15   Dated: October 10, 2008.

                                         _____
                                         U.S. MAGISTRATE JUDGE